UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GARY CREDDILLE,

                           Plaintiff,            **MEMORANDUM AND ORDER**

        — against —                 11-cv-5442 (SLT) (RLM)
                                                        11-cv-5443 (SLT) (RLM)
THE MTA NEW YORK CITY TRANSIT       11-cv-5444 (SLT) (RLM)
AUTHORITY & CORE ENVIRONMENTAL
CORP.,

                         Defendants.
----------------------------------------------------------X
**TOWNES, United States District Judge:**

       By letters dated February 6, 2013, The MTA New York City Transit Authority and Core Environmental Corp. separately requested pre-motion conferences, seeking permission to file motions for summary judgment. The court grants Defendants permission to file their motions. In light of the submissions received by the court, a pre-motion conference regarding the motions for summary judgment will not materially assist it. The parties are directed to comply with the following briefing schedule regarding the motions for summary judgment:

       Defendants shall each serve their motion by March 21, 2013. Plaintiff shall serve his opposition to those motions by May 3, 2013, to which defendants may reply by May 17, 2013. The fully briefed motions shall be filed by defendants' counsel by May 20, 2013.

       In addition, Defendants have each requested permission to file motions to consolidate Plaintiff's three actions against them. The parties are directed to appear for a pre-motion conference discussing consolidation on February 28, 2013 at 2:00 p.m.

                                                                               s/ SLT

                                                          SANDRA L. TOWNES
                                                          United States District Judge

Dated: February 19, 2013
          Brooklyn, New York